Exhibit "1"



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Las Vegas Local Office

Lloyd D George US Courthouse
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Las Vegas Direct Dial: (702) 388-5013
FAX: (702) 388-5094
Website: www.eeoc.gov

Charge No. 487-2019-00641

Leann T. Mlodik
c/o The Gage Law Firm, PLLC
ATTN: Ivy Gage                                    Charging Party
1980 Festival Plaza Drive, Ste. 270
Las Vegas, NV 89135

AMAZON.COM - LAS2                                 Respondent
c/o Littler Mendelson, P.C. - Gsc
ATTN: Danielle Mehallo
2301 McGee Street, 8th Floor
Kansas City, MO 64108

## LETTER OF DETERMINATION

Under the authority vested in me by the Equal Employment Opportunity Commission ("EEOC") or "the Commission"), I issue the following determination as to the merits of the subject charge filed under the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. 12101-e et. seq. ("ADA"). Timeliness and all requirements for coverage have been met.

Charging Party alleged that she was discriminated against due to her disability when she was denied a reasonable accommodation in violation of the ADA.

Respondent denies the allegations made by the Charging Party.

The Commission has considered all the evidence obtained during the investigation and finds that there is reasonable cause to believe that Charging Party was denied a reasonable accommodation due to her disability, in violation of the ADA.

Respondent is reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in EEOC investigations is also prohibited. These protections apply regardless of the EEOC's determination on the merits of the charge.

Section 12117(a) of the ADA requires if the Commission determines that there is reasonable cause to believe that a violation has occurred, it shall endeavor to eliminate the alleged unlawful practices by informal methods of conference, conciliation, and persuasion.

Having determined that there is reason to believe that a violation occurred, the Commission now invites the parties to join with it in a collective effort toward a just resolution of this matter.

Federal Investigator Breanne Blain will be contacting you shortly regarding conciliation discussions. You can contact Federal Investigator Blain at (702) 388-5078 or via email at breanne.blain@eeoc.gov.

On Behalf of the Commission:

JAN 13 2020

Date

Patricia A. Kane, Acting Director
Las Vegas Local Office