UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MLODIK,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation;  DOES I through V, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02023-JAD-NJK<br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**(First Request)** |

　　　Plaintiff LEANN MLODIK ("Plaintiff") and Defendant AMAZON.COM SERVICES, INC. ("Defendant"), by and through their respective counsel of record, do hereby stipulate and request an order extending the time for the Defendant to respond to the Complaint from the current deadline of November 24, 2020 up to and including **December 8, 2020.**

　　　Defendant's request this extension as its counsel was recently retained and needs additional time to strategize and prepare a response to the Complaint.  Defendant's counsel has had various other deadlines and commitments over the past two weeks that have not allowed them to prepare the same.

///

///

///

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: November 20, 2020

THE GAGE LAW FIRM, PLLC

By: /s/ *Ivy Gage, Esq.*
   IVY GAGE, ESQ.

  Attorney for Plaintiff
  LEANN MLODIK

Dated: November 20, 2020

LITTLER MENDELSON, P.C.

By: /s/ *Ethan D. Thomas, Esq.*
   WENDY MEDURA KRINCEK, ESQ.
   ETHAN D. THOMAS, ESQ

  Attorneys for Defendant
  AMAZON.COM SERVICES, INC.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2020